In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent.

HAMBURG INSURANCE COMPANY et al., Appellants; SECOND RUSSIAN INSURANCE COMPANY, Respondent.

(Argued October 4, 1928; decided October 23, 1928.)

*Hartwell Cabell, Blaine F. Sturgis* and *William B. Devoe* for appellants.

*James F. Donnelly, Clarence C. Fowler, John M. Downes* and *Alfred C. Bennett* for Superintendent of Insurance, respondent.

*Paul Bonynge* for Second Russian Insurance Company, respondent.

*Frederick B. Campbell* and *Paul C. Whipp* for Russian Reinsurance Company et al., *amici curiæ.*

*Albert Massey* and *Michael S. Gleason, amici curiæ.*

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.